# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**DECEMBER 2023**

E-Filing Number: 2312034942

**01949**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| TATA DEMPSTER | WALMART SUPERCENTER |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 6811 WALNUT PARK DRIVE<br>PHILADELPHIA PA 19082 | 4301 BYBERRY ROAD<br>PHILADELPHIA PA 19154 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | WAL-MART STORES EAST LP |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 702 SW 8TH STREET<br>BENTONVILLE AR 72716 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration  [ ] Mass Tort  [ ] Commerce  [ ] Settlement<br>[X] Jury  [ ] Savings Action  [ ] Minor Court Appeal  [ ] Minors<br>[ ] Non-Jury  [ ] Petition  [ ] Statutory Appeals  [ ] W/D/Survival<br>[ ] Other: |

**CASE TYPE AND CODE**

2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
DEC 17 2023
C. SMITH

IS CASE SUBJECT TO COORDINATION ORDER?
YES    NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: TATA DEMPSTER

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| PIAYON G. LASSANAH | 1500 MARKET ST WEST TOWER<br>SUITE 4000<br>PHILADELPHIA PA 19102 |
| PHONE NUMBER: (215)383-0564 | FAX NUMBER: (215)754-4175 |  |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 317283 | pgl@kllawyers.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| PIAYON LASSANAH | Sunday, December 17, 2023, 11:14 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

DEC 2 8 2023

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

*and Attested by the Office of Judicial Records 17 DEC 2023 11:54 pm C. SMITH*

| | |
|---|---|
| TATA DEMPSTER<br>6811 WALNUT PARK DRIVE<br>UPPER DARBY, PA 19082<br>   vs.<br>WALMART SUPERCENTER<br>4301 Byberry Road<br>Philadelphia, PA 19154<br><br>WAL-MART STORES EAST LP<br>702 SW 8th Street<br>Bentonville, AK 72716 | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br><br><br><br><br>DECEMBER TERM, 2023<br>NO. _____ |

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

10-284

Case ID: 231201949

Kannah & Lassanah, LLC
BY: Piayon Lassanah, Esquire
Attorney Identification No. 317283
1500 Market Street
West Tower, Suite 4000
Philadelphia, PA 19102
P:215-383-0566
F:215-754-4175

ATTORNEY FOR PLAINTIFF


Filed and Attested by the
Office of Judicial Records
17 DEC 2023 11:14 pm
C. SMITH

| | |
|---|---|
| TATA DEMPSTER<br>6811 WALNUT PARK DRIVE<br>UPPER DARBY, PA 19082 | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY |
| vs. | |
| WALMART SUPERCENTER<br>4301 Byberry Road<br>Philadelphia, PA 19154 | |
| WAL-MART STORES EAST LP<br>702 SW 8th Street<br>Bentonville, AK 72716 | |
| | DECEMBER TERM, 2023<br>NO. |

## COMPLAINT-CIVIL ACTION (SLIP AND FALL)

1. Plaintiff, Tata Dempster (hereinafter "Dempster") is an adult residing at the above-indicated address.

2. Upon information and belief, Defendant, WALMART SUPERCENTER, is a business, company, entity, partnership, franchise, fictitious name, proprietorship, or corporation, existing and/or qualifying under the laws of the Commonwealth of Pennsylvania, with an address indicated above.

3. Upon information and belief, Defendant, WAL-MART STORES EAST LP, is a business, company, entity, partnership, franchise, fictitious name, proprietorship, or corporation, existing and/or qualifying under the laws of the Commonwealth of Pennsylvania, with an address indicated above.

Case ID: 231201949

4. At all times material hereto, Defendants acted, or failed to act by and through their agents, servants, workmen and/or employees who were then and there acting within the scope of their authority and course of their employment with Defendants, in furtherance of Defendants businesses and on behalf of Defendants.

5. Defendant(s) conduct business in Philadelphia County, Pennsylvania.

6. At all times material hereto, Defendants owned, managed, leased, possessed, controlled, and/or maintained, the premises at the address at 4301 Byberry Road in Holmes, PA.

7. On or about September 14, 2022, and for some time prior thereto, Defendants, acting by and through their agents, servants, workmen and/or employees, acting as aforesaid, carelessly and negligently allowed a slippery and/or wet substance to remain on the floor at the aforesaid location for an unreasonable period of time.

8. On or about September 14, 2022, Plaintiff Tata Dempster was lawfully walking on the premises at 4301 Byberry Road in Holmes, PA., shopping at said location, as a business invitee, in the Commonwealth of Pennsylvania.

9. Defendants were responsible for the proper maintenance of the aforesaid premises and to keep said premises safe for business invitees.

10. At the time and place stated above, Plaintiff Tata Dempster was walking in the store, when she was caused to slip and fall, by reason of the dangerous condition or conditions, more specifically, a banana peel, which condition existed on that date and for some time prior thereto in which Defendants had or should have had knowledge of the existence thereof.

11. At all times material hereto, said Defendants acted and/or failed to act by and through their respective agents (ostensibly, apparent, or actual) servants, workmen

Case ID: 231201949

and/or employees and each other then and there acting within the course and scope of their agency, employment and/or authority, and within the course and scope of their authority.

12. All Defendants are liable to Plaintiff, Tata Dempster.

13. All Defendants are jointly and severally liable for Plaintiff's injuries.

14. The above-mentioned incident and injuries to Plaintiff Tata Dempster resulted solely from the negligence and carelessness of Defendants and was due, in no manner whatsoever, to any act, or failure to act, on the part of Plaintiff Tata Dempster.

## COUNT I
## PLAINTIFF TATA DEMPSTER VS. ALL DEFENDANTS

15. Plaintiff, Tata Dempster, hereby incorporates by reference herein, paragraphs 1 through 15 of this Complaint as if fully set forth herein.

16. On or about September 14, 2022, Plaintiff Tata Dempster was lawfully walking on the premises at 4301 Byberry Road in Holmes, PA., shopping at said location, as a business invitee, in the Commonwealth of Pennsylvania.

17. On about September 14, 2022, Plaintiff Tata Dempster ("Dempster"), while shopping at The Walmart Supercenter in Philadelphia, PA, at the above address, and was walking in the store, when suddenly, and without warning, Plaintiff was caused to slip and fall to the ground, by reason of the dangerous condition or conditions, more specifically, a banana peel, which condition existed on that date and for some time prior thereto in which Defendants had or should have had knowledge of the existence thereof, and failed to make said area safe when Defendants failed to properly clean up or remove, causing a dangerous condition that was neglected by all Defendants.

18. This action resulted solely from the negligence and carelessness of all Defendants herein, and was due, in no manner whatsoever, to any act on the part of the Plaintiff.

19. The negligence and carelessness of all named defendants consisted of, but was not limited to the following:

      a. Failing to regard the rights, safety and well-being of the Plaintiff in and about the area of the aforementioned incident

      b. Carelessly and negligently creating, allowing and permitting the existence of said banana peel;

      c. Carelessly and negligently creating, allowing and permitting the existence of the dangerous condition;

      d. Carelessly and negligently creating, allowing and permitting said dangerous condition to exist in a state which defendant knew was dangerous to the public, and created a foreseeable risk of harm;

      e. Negligently creating a dangerous condition, on their premises, by location of said banana peel;

      f. Defendants knew or should have known of the existence of said dangerous condition;

      g. Failing to maintain said premises in a safe and proper condition;

      h. Failing to give notice of the dangerous condition;

      i. Failure to regularly inspect said location so as to allow the dangerous and/or dangerous condition of same;

      j. Failure to warn and/or notify Plaintiff of the existence of said dangerous condition;

      k. Failure to warn and/or notify Plaintiff of the existence of the dangerous condition;

      l. Failure to warn and/or notify Plaintiff of the possibility of said dangerous condition;

      m. Failure to remedy the dangerous condition in the aisle;

      n. Failure to inspect the aforementioned location;

      o. Failing to insure the passageways are clear of spills and debris;

      p. Failure to provide a safe walkway for travel through the aforementioned location;

      q. Failure to provide Plaintiff with a safe and adequate passageway on a known public thoroughfare;

      r. Permitting a highly dangerous condition to exist for an unreasonable length of time;

Case ID: 231201949

    s. Negligence per se;

    t. Other negligent and careless acts which may be learned by Plaintiff through discovery or at trial.

20. Solely as a result of the aforesaid negligence, Dempster suffered serious and permanent injuries, including, but not limited to her foot, knee, lower back injury, all of which may be permanent in nature, emotional and psychological pain and suffering; emotional distress; severe disfigurement; and physical pain and suffering; and may have sustained other serious injuries, all of which may be permanent in nature, cause permanent disfigurement and/or loss of bodily function.

21. Further, Dempster incurred a severe shock to her nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite time in the future.

22. As a result of the accident, Dempster will be obliged to receive and undergo medical attention and care and to expend various sums of money to incur various expenses, and she may be obliged to continue to expend such sums to incur such expenditures for an indefinite period of time in the future.

23. As a direct and reasonable result of this aforementioned accident, Dempster has or may hereafter incur other financial expenses or losses which do or may exceed amounts which she may otherwise be entitled to recover.

24. Further, Dempster has been compelled to expend various sums of money in attempting to alleviate and cure the aforesaid injuries, and she was prevented from attending to his usual duties and occupation and believes that he may, in the future, be prevented from attending to his usual duties and occupation, all to his great financial loss.

**WHEREFORE**, Plaintiff demands damages of all Defendants herein, individually, collectively, jointly and severally, in sum in excess of Fifty Thousand Dollars

($50,000.00), plus costs, delay, damages, interests, and any further relief this Honorable Court may deem just and proper.

BY:   /s/ Piayon Lassanah, Esq.
      1500 Market Street, STE 4000W
      Philadelphia, PA 19102
      Office: (215) 383.0564
      **Attorney for Plaintiff**

**December 18, 2023**

## VERIFICATION

I, Piayon Lassanah, Esquire deposes and says that I am the attorney for Plaintiff in the within matter, and that I am authorized to take this Verification on Plaintiff's behalf, and that the facts set forth in the foregoing Complaint are true and correct to the best of his knowledge, information and belief, and that he takes this Affidavit pursuant to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

Date:  12/18/2023

/s/Piayon Lassanah
Piayon Lassanah, Esquire

Case ID: 231201949

Piayon G. Lassanah, Esq.
Kaninah & Lassanah, LLC
1100 West Township Line Road
Havertown, PA 19083

7022 2410 0001 8776 6434

CERTIFIED MAIL®

WAL-MART STORES EAST LP
702 SW 8th Street
Bentonville, AK 72716

U.S. POSTAGE PAID
FCM LETTER
DREXEL HILL, PA
DEC 18 2023
$5.25
R2305E128183-52

7022 2410 0001 8776 6414

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE